**FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

**FEB 10 2005**



**CATHY A. CATTERSON, CLERK**
**U.S. COURT OF APPEALS**

| | |
|---|---|
| YAHOO! INC., a Delaware corporation,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>LA LIGUE CONTRE LE RACISME ET L'ANTISEMITISME, a French association; L'UNION DES ETUDIANTS JUIFS DE FRANCE, a French association,<br><br>Defendants - Appellants. | No. 01-17424<br><br>D.C. No. CV-00-21275-JF<br><br>ORDER |

Before: SCHROEDER, Chief Judge:

Upon the vote of a majority of nonrecused regular active judges of this court[1], it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to this court or any district court of the Ninth Circuit, except to the extent adopted by the en banc court.

---

[1]Judges Pregerson and Wardlaw are recused.